No. 699. CARNEGIE STEEL COMPANY (LIMITED) *v.* CHESAPEAKE, OHIO & SOUTHWESTERN RAILROAD COMPANY. Sixth

Circuit. Denied February 27, 1899. *Mr. Alexander Pope Humphrey* and *Mr. George M. Davie* for petitioner. *Mr. Edmund F. Trabue* opposing.

